No. 11–8967. RETANA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8972. CASTRO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8977. THOMPSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–8980. BURDETTE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–8982. BALOGUN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–8984. AYALA-ROMERO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8988. LOPEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–8990. LITTLES *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 11–9001. NEWMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9004. ROLON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9010. McKOY *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA. C. A. 8th Cir. Certiorari denied.

No. 11–9019. DE LA CRUZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–9020. RUSHIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–9022. HARRIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9041. MIDYETT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–9043. NADIRASHVILI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.